UNITED STATES DISTRICT COURT
FOR THE Southern District of WV



Anthony Williams
    Plaintiff,

V.

D.J. Harmon, Mr. Painter
    Defendant(s).

CIVIL NO. 5:10-1135

PETITION PURSUANT TO 28 U.S.C.
SECTION 1331

PETITIONER FILED IN THIS HONORABLE COURT FOR THE
Loss of personal proprety

BY PLAINTIFF: Anthony I. Williams

1331 Form

FORM TO BE USED BY FEDERAL PRISONERS IN FILING A COMPLAINT
UNDER 28 U.S.C.§ 1331

In the United States District Court
For the Southern District of WV.

Anthony Williams
_____
_____

(Enter above the full name of the
plaintiff or plaintiffs in this
action)

v.

D.J. Harmon
Mr. Painter
_____

(Enter the full name above of the
defendant or defendants in this
action).

I. Place of Present Confinement FCI- Beckley, WV.

II. Previous Lawsuits

   A. Have you begun other lawsuits dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes _____ No ✓

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

-2-

III. In order to proceed in federal court you must ordinarily fully exhaust your administrative remedies as to each ground on which you request action by the federal court.

    A. Did you fully exhaust, including appeals, your administrative remedies pursuant to the Bureau of Prisons Policy Statement 1330.07?    Yes  ✓    No _____

    B. If your answer to A is yes,

        1. What steps did you take? BP-8½ & BP-9

        2. What was the result? Time barred see attachment.

    C. If your answer to A is no, why not?

IV. Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

    A. Name of plaintiff Anthony Williams
        PO Box 350
        Beaver, WV. 25813

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank. Use Item C for the names, positions, and place of employment of any additional defendants).

    B. Defendant D. J. Harmon is employed as Acting Warden Acting Warden at FCI-Beckley, WV.

    C. Additional Defendants Mr. Painter employed as Unit Manager at FCI-Beckley, WV. the administration refused to give me his full name. See attachment.

-3-

V. Cause of Action

(List hereunder the different causes of action that are the grounds for the prosecution of this law suit.)

1. The photos were allowed.

2. I was not giving a disciplinary report

3. I was not giving a confiscation notice.

VI. Grounds for relief

(Hereunder set out the factual allegations that you consider as establishing a basis for your requested relief under the specific cause/s of action/s.) (If additional space is necessary. include as attachments.)

1. Personal damages to my private property.

2. I've suffered undo Mental Anguish and severe emotional distress.

3. I'm suffering from Paranoia and anxiety because of this. How do I explain to my wife her photos are missing? What if they end up on the internet?

4. Because an Staff member have several semi nude intimate photos of my wife.

VII. Relief sought
(Hereunder itemize the specific relief you exect to obtain on the prosecution of this law suit.)

1. 10,000.00

2. To be transferred to a Minnesota Institution.

Wherefore, your Plaintiff respectfully requests that this Honorable Court grant the within relief sought and any other relief that this Court deems just and proper.

-4-

Signed this __19__ day of __September__, 19 __2010__.

_Anthony Williams_

(Signature of plaintiff or plaintiffs)

Executed at __FCI-Beckley Beaver, WV. Raleigh__

(Name of Institution, City, County)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __September 19, 2010__

(Date)

_Anthony Williams_

(Signature of plaintiff or plaintiffs)

-5-

# Inmate Inquiry

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 14797041 | **Current Institution:** | Beckley FCI |
| **Inmate Name:** | WILLIAMS, ANTHONY | **Housing Unit:** | BEC-A-D |
| **Report Date:** | 09/17/2010 | **Living Quarters:** | A08-809U |
| **Report Time:** | 10:58:29 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | (redacted) |
| PAC #: | (redacted) |
| FRP Participation Status: | Completed |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 3/10/2008 |
| Local Account Activation Date: | 4/16/2010 4:15:14 AM |
| Sort Codes: | |
| Last Account Update: | 9/9/2010 3:59:56 AM |
| Account Status: | Active |
| Phone Balance: | $0.03 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $0.01 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.01 |
| National 6 Months Deposits: | $255.95 |
| National 6 Months Withdrawals: | $352.70 |
| National 6 Months Avg Daily Balance: | $20.15 |
| Local Max. Balance - Prev. 30 Days: | $45.25 |
| Average Balance - Prev. 30 Days: | $7.10 |

## Commissary History

**Purchases**

    Validation Period Purchases: $38.49
    YTD Purchases: $251.70
    Last Sales Date: 8/24/2010 9:32:00 AM

**SPO Information**

    SPO's this Month: 0
    SPO $ this Quarter: $0.00

**Spending Limit Info**

    Spending Limit Override: No
    Weekly Revalidation: No
    Bi-Weekly Revalidation: No
    Spending Limit: $320.00
    Expended Spending Limit: $38.49
    Remaining Spending Limit: $281.51

## Commissary Restrictions

**Spending Limit Restrictions**

    Restricted Spending Limit: $0.00
    Restricted Expended Amount: $0.00
    Restricted Remaining Spending Limit: $0.00
    Restriction Start Date: N/A
    Restriction End Date: N/A

**Item Restrictions**

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

    Comments:

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 14, 2010

FROM: *[signature]* H. Welch, Admin Remedy Clerk
ADMINISTRATIVE REMEDY COORDINATOR
BECKLEY FCI

TO   : ANTHONY ISAAC WILLIAMS, 14797-041
       BECKLEY FCI    UNT: POPLAR    QTR: A08-809U
       P.O. BOX 1280
       BEAVER,  WV 25813


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 606789-F1       ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : SEPTEMBER 14, 2010
SUBJECT 1       : PERSONAL PROPERTY - INCL. CONFISCATION OR DESTRUCTION
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

REMARKS         : THE INCIDENT YOU ARE REFERRING TO HAPPENED ON
                  AUGUST 2, 2010.

# REQUEST FOR ADMINISTRATIVE REMEDY
## INFORMAL RESOLUTION FORM
### FCI BECKLEY, WEST VIRGINIA

---

Section 1 - To be completed by the Unit Counselor at the time inmate request Administrative Remedy.

Inmate Name: **Anthony Williams**  Register Number: **14797-041**

Assigned Unit: **RBU**  Counselor: **Mr. Koch**

Date of Request: **8-23-10**  Date of Incident: **Aug 2, 2010**

Specific Complaint: **On 8-2-10 at about 12:30 pm all inmates from RBU was told to go to the yard because of a Unit Shakedown several semi-nude intimate allowed photos of my wife was taken during the search. I do not know who searched my cell.**

Informal Resolution was / was not accomplished. If not accomplished, inmate issued Request for Administrative Remedy Form. Inmate was advised to review Program Statement 1330.13, Administrative Remedy Program, to ensure compliance with filing procedures.

**Anthony Williams 14797-041**   **9-2-10**
Inmate Signature / Register Number   Date

_(signed)_   **9-2-10**
Counselor Signature   Date

---

Section 2 - To be completed by the Counselor when inmate submits Request for Administrative Remedy Form.

Date Submitted: **9-2-10**

Was issue discussed with the inmate: **YES** / NO. If no, reason: _____

Were staff or departments noted in Administrative Remedy contacted: **YES** / NO.

If no, reason. If yes, response: **No photos were taken during the shakedown, we took the extra blankets and sheets**

Informal Resolution was / **was not** accomplished. If not accomplished, staff submitted Request for Administrative Remedy Form to Administrative Remedy Coordinator.

**Anthony Williams**   **9-2-10**
Inmate Signature / Register Number   Date

_(signed)_   **9-2-10**
Counselor Signature   Date

_(signed)_   **9/3/10**

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: **Williams Anthony I** | **14797-041** | **RBU** | **Beckley**
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A– INMATE REQUEST** I would like to know what ofc. or ofcs. or staffs searched RBU Aug 2, 2010. A.S.A.P. or the name of the person who had the unit search. Because several intime allowable photos of my wife was stolen! If they was confiscated I would have gotten a notice if they were contralband I would have gotten a disciplinary report. These photos been with me in USP McCreary and FCI Pekin wasn't nothing taken out of cell B-418 but 9-28-10 my photos

Signature: Anthony Williams
DATE | SIGNATURE OF REQUESTER

**Part B– RESPONSE**
What if the photos end up on the internet!

RECEIVED SEP 14 2010
BY: Rejected

---

DATE | WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE** | CASE NUMBER: _____

CASE NUMBER: _____

**Part C– RECEIPT**
Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN | BP–229(13) APRIL 1982

Timothy Williams
Reg. No. 14797-041
Federal Correctional Institution-Beckley
PO Box 350
Beaver, WV. 25813

Legal Mail.

Clerk, U.S. District Court
Robert C. Byrd U.S. Courthouse
110 N. Heber Street, Room 119
Beckley, WV. 25801





FEDERAL CORRECTIONAL INSTITUTION
BECKLEY
PO BOX 1280
BEAVER, WV 25813

DATE: 9-18-10

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

QUALITY PARK
9 1/2 x 12 1/2